JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR11-5238RJB |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| EDDIE RAY MCCLENDON, JR., | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Withdrawal and Substitution of Counsel, and the accompanying Ex-Parte, Sealed Affidavit of Counsel.

NOW THEREFORE IT IS HEREBY ORDERED that the Federal Public Defender, and assistant Federal Public Defender Linda R. Sullivan, are permitted to withdraw as defense counsel in this matter, and that new defense counsel shall be appointed to represent the defendant from the C.J.A. panel.

Withdrawing counsel shall notify the C.J.A. panel coordinator immediately of this order.

DONE this 9th day of June, 2011.

*Robert J Bryan*

Robert J Bryan
United States District Judge

Presented by:
*/s/ Linda R. Sullivan*
LINDA R. SULLIVAN
Attorney for Defendant

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 1
*U.S. v. McClendon,* NO. CR11-5238RJB

**FEDERAL PUBLIC DEFENDER**
1331 Broadway , Suite 400
Tacoma, Washington  98402
(253) 593-6710